IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK MUCHISON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LOUIS MOLLY, et al.** | : | **NO. 17-3313** |

## ORDER

AND NOW, this 7th day of August, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. Plaintiff may not file an amended complaint in this case. The claims that the Court dismissed as barred by *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994) are dismissed without prejudice to plaintiff filing a new civil action for damages against an appropriate defendant in the event his convictions and sentence are overturned or otherwise called into question. All other claims are dismissed with prejudice.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**